IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY WICKER, personal representative of the Estate of BRENT WICKER, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  NO. CIV-04-308-T<br>) |
| FORD MOTOR COMPANY and NEW HOLLAND NORTH AMERICA, INC., | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered separately herein in which the defendants' motion for summary judgment has been granted, judgment is hereby entered in favor of defendants and against plaintiff on all claims asserted by plaintiff in this action.

IT IS SO ORDERED this 1st day of July, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE